# United States District Court
## For The Western District of North Carolina
## Statesville Division

JAMES MORRISON,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                               5:08CV109

BOBBY HARLESS, et al

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/29/08 Order.

Signed: September 29, 2008

Frank G. Johns, Clerk
United States District Court